COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Melissa Young Selph v. The State of Texas

Appellate case number:    01-16-00776-CR

Trial court case number:   15-CR-1597

Trial court:               56th District Court of Galveston County

Appellant's court-appointed counsel, Thomas A. Martin, filed a motion to withdraw as counsel with a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Although counsel's motion to withdraw states that he sent to the appellant a copy of the brief and motion, counsel has not, however, filed a copy of the letter he wrote, or otherwise certified that he has written a letter, in accordance with *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014), "to (1) notify his client of the motion to withdraw and the accompanying *Anders* brief, providing h[er] with a copy of each, (2) inform h[er] of h[er] right to file a *pro se* response and of h[er] right to review the record preparatory to filing that response, [] (3) inform h[er]of h[er] *pro se* right to seek discretionary review should the court of appeals declare h[er] appeal frivolous," and (4) "notify his client that, should [s]he wish to exercise h[er] right to review the appellate record in preparing to file a response to the *Anders* brief, [s]he should immediately file a motion for *pro se* access to the appellate record with the applicable court of appeals," which letter includes "a form motion . . ., lacking only the appellant's signature and the date, . . . inform[ing] the appellant that, in order to effectuate his right to review the appellate record *pro se*, should [s]he choose to invoke it, [s]he must sign and date the motion and send it on to the court of appeals within ten days of the date of the letter from appellate counsel." 436 S.W.3d at 319–20.

Accordingly, we **order** appellant's appointed counsel, Thomas A. Martin, to send a letter to the appellant in accordance with *Kelly*. 436 S.W.3d at 319–20. We further **order** appellant's appointed counsel to notify us in writing "that he has (1) informed the appellant of the motion to withdraw and attendant *Anders* brief, (2) provided the

appellant with the requisite copies while notifying h[er] of h[er] various *pro se* rights, and (3) supplied h[er] with a form motion for *pro se* access to the appellate record." *Id.* at 320. Because the Clerk of this Court already mailed appellant a form *pro se* motion for access to the appellate record after counsel filed his motion to withdraw on January 17, 2017, counsel does not need to send the form motion to his client, but should notify his client as provided above.

Counsel shall send the required *Kelly* letter to his client and shall file the required notice with the Clerk of this Court **within 10 days of the date of this order**.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
          ☒Acting individually

Date:  <u>January 24, 2017</u>